EAST BATON ROUGE PARISH  C-709995
Filed Jul 26, 2021 1:55 PM      21
Deputy Clerk of Court

| | |
|---|---|
| KAWANDA COLEMAN | DOCKET NO.        DIV |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| | EAST BATON ROUGE PARISH |
| LOUISIANA CVS PHARMACY, L.L.C. #1116, LOUISIANA CVS PHARMACY, L.L.C., CVS PHARMACY, L.L.C., CRAWFISH, LLC. and XYZ INSURANCE COMPANY | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of Plaintiff, **KAWANDA COLEMAN**, domiciled in Pointe Coupee Parish, State of Louisiana respectfully represents:

1.

Made Defendants herein are:

A. **LOUISIANA CVS, L.L.C. #1116**, a business operating and doing business in the State of Louisiana at 7777 Bluebonnet, Baton Rouge, Louisiana 70810;

B. **LOUISIANA CVS PHARMACY, L.L.C.**, a foreign corporation authorized and licensed to do and doing business in the State of Louisiana, who has appointed C T Corporation System, as its agent for service of process, 3867 Tower Avenue, Baton Rouge, Louisiana 70816;

C. **CVS PHARMACY, L.L.C. (Non-Louisiana Corporation)**, a foreign corporation authorized and licensed to do and doing business in the State of Louisiana, who has appointed C T Corporation System, as its agent for service of process, 3867 Tower Avenue, Baton Rouge, Louisiana 70816;

D. **CRAWFISH, LLC (Non-Louisiana Corporation)**, a foreign corporation authorized and licensed to do and doing business in the State of Louisiana, who has appointed Corporate Creations Network, Inc., as its agent for service of process, 1070-B West Causeway Approach, Baton Rouge, Louisiana 70471; and

E. **XYZ INSURANCE COMPANY**, an unknown insurance company providing insurance coverage for defendants, **LOUISIANA CVS PHARMACY, L.L.C.**

2.

On or about August 12, 2020, plaintiff, **KAWANDA COLEMAN** (hereinafter referred to "COLEMAN"), was an employee of **LOUISIANA CVS, L.L.C. #1116, LOUISIANA CVS, L.L.C. #1116, LOUSIANA CVS PHARMACY, L.L.C.** and/or **CVS PHARMACY, L.L.C.** located at 7777 Bluebonnet in Baton Rouge, East Baton Rouge Parish, Louisiana, within the jurisdiction of this court.



Certified True and Correct Copy
CertID: 2021072700177

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/27/2021 9:12 AM



EXHIBIT A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3.

On or about the above date, plaintiff, **COLEMAN**, was an employee of defendant(s), **LOUISIANA CVS, L.L.C. #1116, LOUISIANA CVS, L.L.C. #1116, LOUSIANA CVS PHARMACY, L.L.C.** and/or **CVS PHARMACY, L.L.C.**'s store located at 7777 Bluebonnet in Baton Rouge, Louisiana wherein **COLEMAN** was on her lunch break at which time she exited the store headed to her vehicle, which was parked in the parking lot. Suddenly and without warning, she tripped and fell sideways onto the ramp area, as the expansion joints are too wide, which are approximately two (2) inches (2") wide and contributed to her injuries.

4.

During this occurrence, **COLEMAN**, in no way contributed to causing the fall.

5.

The incident described above was caused solely by the carelessness, negligence, and fault of in the following, non-exclusive, particulars, to-wit:

A. In failing to use reasonable care to keep the premises in a clean and safe condition;

B. In failing to use reasonable care to keep the premises free of hazardous conditions;

C. In failing to warn of potential unsafe conditions;

D. In allowing employees and/or patrons to use the store/facility while in a dangerous condition which could and did cause injury(ies);

E. In having constructive or actual knowledge and not removing a hazardous condition,

F. In having constructive or actual knowledge and not properly warning of the hazardous condition;

G. In failing to remove the hazardous condition, and

K. Any and all other acts of negligence and fault to be proven through discovery or at the trial of this matter.

6.

Alternatively, plaintiff shows that defendants, **LOUISIANA CVS, L.L.C. #1116, LOUSIANA CVS PHARMACY, L.L.C., CVS PHARMACY, L.L.C.** and/or **CRAWFISH, LLC**, are negligently liable for damages sustained by **COLEMAN** herein pursuant to La. C.C. Art. 2317, *et seq.*

7.


Certified True and Correct Copy
CertID: 2021072700177

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/27/2021 9:12 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

At the times pertinent herein, **LOUISIANA CVS, L.L.C. #1116, LOUSIANA CVS PHARMACY, L.L.C., CVS PHARMACY, L.L.C.** and/or **CRAWFISH, LLC** were the owner(s) of and/or had care, custody and control over the premises and its defects which caused harm to plaintiff, **COLEMAN**.

8.

**LOUISIANA CVS, L.L.C. #1116, LOUSIANA CVS PHARMACY, L.L.C., CVS PHARMACY, L.L.C.** and/or **CRAWFISH, LLC** are therefore liable *in solido* unto **COLEMAN** for her injuries in said incident, which are itemized and set out hereafter.

9.

As a result of the fault, negligence, and/or strict liability of the defendant in causing the aforementioned incident, plaintiff, **COLEMAN**, suffered injuries including, but not limited to the following: suffered injuries including, but not limited to the following:

   A. Head;
   B. Neck;
   C. Shoulders;
   D. Headaches;
   E. Arms;
   F. Back;
   G. Legs;
   H. Hips; and
   I. Any and all other injuries to be shown upon trial of this matter.

10.

As a result of the incident sued upon herein, plaintiff, **COLEMAN**, suffered the following damages:

   A. Physical pain and suffering - past, present, and future;
   B. Mental pain, anguish, and distress - past, present, and future;
   C. Medical expenses - past, present, and future;
   D. Loss of enjoyment of life - past, present, and future; and
   E. Any and all other damages to be proven at trial of this matter.

11.

As a result of the incident sued upon herein, plaintiff, **COLEMAN**, suffered the following damages:

   A. Loss of consortium - past, present, and future;
   B. Loss of society and companionship - past, present, and future; and
   C. Any and all other damages which shall be proven at trial of this matter.

12.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, *et seq.*, the petitioner is entitled to a certified copy of any insurance policies issued to and/or otherwise


Certified True and Correct Copy
CertID: 2021072700177

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/27/2021 9:12 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

insuring **LOUISIANA CVS, L.L.C. #1116, LOUSIANA CVS PHARMACY, L.L.C., CVS PHARMACY, L.L.C.** and/or **CRAWFISH, LLC** for the claims made by petitioner herein. Plaintiff, **COLEMAN**, herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

13.

Plaintiff, **COLEMAN**, is hereby entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

**WHEREFORE**, plaintiff prays:

1. That certified copies of this petition, together with citation, be issued and served according to law on the defendants:

    A. **LOUISIANA CVS, L.L.C. #1116**, a business operating and doing business in the State of Louisiana at 7777 Bluebonnet, Baton Rouge, Louisiana 70810;

    B. **LOUISIANA CVS PHARMACY, L.L.C.**, a foreign corporation authorized and licensed to do and doing business in the State of Louisiana, who has appointed C T Corporation System, as its agent for service of process, 3867 Tower Avenue, Baton Rouge, Louisiana 70816;

    C. **CVS PHARMACY, L.L.C. (Non-Louisiana Corporation)**, a foreign corporation authorized and licensed to do and doing business in the State of Louisiana, who has appointed C T Corporation System, as its agent for service of process, 3867 Tower Avenue, Baton Rouge, Louisiana 70816;

    D. **CRAWFISH, LLC (Non-Louisiana Corporation)**, a foreign corporation authorized and licensed to do and doing business in the State of Louisiana, who has appointed Corporate Creations Network, Inc., as its agent for service of process, 1070-B West Causeway Approach, Baton Rouge, Louisiana 70471; and

    E. **XYZ INSURANCE COMPANY**, an unknown insurance company providing insurance coverage for defendants, **LOUISIANA CVS PHARMACY, L.L.C.**

2. After the lapse of all legal delays and proceedings had, there be judgement against defendants, **LOUISIANA CVS, L.L.C. #1116, LOUSIANA CVS PHARMACY, L.L.C., CVS PHARMACY, L.L.C.** and/or **CRAWFISH, LLC**, and in favor of plaintiff, in such amounts as are reasonable in the premises;

3. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and

4. For all necessary orders and decrees as may be required or proper in the premises for full, general and equitable relief.



Certified True and Correct Copy
CertID: 2021072700177

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/27/2021 9:12 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

RESPECTUFLLY SUBMITTED:

*BALFOUR EMONET LAW FIRM*

/s/ Philip J. House

SCOTT M. EMONET - #26630
PHILIP J. HOUSE - #28934
318 St. Charles Street
Baton Rouge, Louisiana 70802
(225) 214-4484 Telephone
(225) 214-4487 Facsimile
philip@balfouremonetlaw.com
*Counsel for Petitioner*

**PLEASE SERVE:**

**LOUISIANA CVS, L.L.C. #1116**
7777 Bluebonnet
Baton Rouge, Louisiana 70810

**LOUISIANA CVS PHARMACY, L.L.C.**
through its agent for service of process:
C T Corporation System, as process,
3867 Tower Avenue
Baton Rouge, Louisiana 70816

**CVS PHARMACY, L.L.C. (Non-Louisiana Corporation)**
through its agent for service of process:
C T Corporation System, as process,
3867 Tower Avenue
Baton Rouge, Louisiana 70816

**CRAWFISH, LLC (Non-Louisiana Corporation)**
through its agent for service of process:
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Baton Rouge, Louisiana 70471

**PLEASE WITHHOLD SERVICE:**

**XYZ INSURANCE COMPANY**

Magan Harris

Certified True and
Correct Copy
CertID: 2021072700177

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/27/2021 9:12 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH  C-709995
Filed Jul 26, 2021 1:55 PM        21
Deputy Clerk of Court

| | |
|---|---|
| KAWANDA COLEMAN | DOCKET NO.                DIV |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| | EAST BATON ROUGE PARISH |
| LOUISIANA CVS PHARMACY, L.L.C. #1116, LOUISIANA CVS PHARMACY, L.L.C., CVS PHARMACY, L.L.C., CRAWFISH, LLC. and XYZ INSURANCE COMPANY | STATE OF LOUISIANA |

**REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT**

Plaintiff, **KAWANDA COLEMAN**, request that they be given at least ten (10) days written notice in advance, in accordance with the provisions of Article 1572 of the Louisiana Code of Civil Procedure, of the date this case is to be fixed for trial. Plaintiff further requests written notice of the rendition of any interlocutory order or judgment in this case, pursuant to Article 1914 of the Louisiana Code of Civil Procedure.

RESPECTUFLLY SUBMITTED:

*BALFOUR EMONET LAW FIRM*

SCOTT M. EMONET - #26630
PHILIP J. HOUSE - #28934
318 St. Charles Street
Baton Rouge, Louisiana 70802
(225) 214-4484 Telephone
(225) 214-4487 Facsimile
philip@balfouremonetlaw.com
*Counsel for Petitioner*

Certified True and Correct Copy
CertID: 2021072700178

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/27/2021 9:12 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

200

**SERVICE COPY**



D7107329

# CITATION

KAWANDA COLEMAN
(Plaintiff)

VS

LOUISIANA CVS PHARMACY, L.L.C #1116,
ET AL
(Defendant)

NUMBER C-709995   SEC. 21

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  CRAWFISH, LLC (NON-LOUISIANA CORPORATION)
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CORPORATE CREATIONS NETWORK, INC.
1070-B WEST CAUSEWAY APPROACH
BATON ROUGE, LA 70471

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 27, 2021.**

Magan Harris

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney:** HOUSE, PHILIP J.
(225) 214-4484

*The following documents are attached:
**PETITION FOR DAMAGES; REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT**

SERVICE INFORMATION:

Received on the 30 day of July, 2021 and on the 30 day of July, 2021, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named above Named or his domicile, or anyone legally authorized to represent him. Bad address, No such street in EBR Parish.
RETURNED: Parish of East Baton Rouge, this 30 day of July, 2021.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Leo K #0588
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED

JUL 3 0 2021

E B R SHERIFF'S OFFICE

 **CT Corporation**

**Service of Process Transmittal**
08/05/2021
CT Log Number 540026091

**TO:** Serviceof Process
CVS Health Companies
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** **Process Served in Louisiana**

**FOR:** Louisiana CVS Pharmacy, L.L.C. (Domestic State: LA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KAWANDA COLEMAN, Pltf. vs. LOUISIANA CVS PHARMACY, L.L.C. #1116, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # C709995 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/05/2021 at 09:00 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/05/2021, Expected Purge Date: 08/10/2021<br><br>Image SOP<br><br>Email Notification, Serviceof Process service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SERVICE COPY**



D7107311

# CITATION

KAWANDA COLEMAN
(Plaintiff)

VS

LOUISIANA CVS PHARMACY, L.L.C #1116,
ET AL
(Defendant)

NUMBER C-709995   SEC. 21

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   LOUISIANA CVS PHARMACY, L.L.C.
      THROUGH ITS AGENT FOR SERVICE OF PROCESS:
      C T CORPORATION
      3867 TOWER AVENUE
      BATON ROUGE, LA 70816

GREETINGS:

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 27, 2021.**



*Magan Harris*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: HOUSE, PHILIP J.**
              **(225) 214-4484**

*The following documents are attached:
**PETITION FOR DAMAGES; REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

RECEIVED

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.   AUG 0 4 2021

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ C D R S at his domicile or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____                    _____
TOTAL:  $_____                        Deputy Sheriff
                                      Parish of East Baton Rouge

CITATION-2000

## RETURN COPY



D7107311

# CITATION

**KAWANDA COLEMAN**
(Plaintiff)

VS

**LOUISIANA CVS PHARMACY, L.L.C #1116, ET AL**
(Defendant)

NUMBER C-709995   SEC. 21

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   LOUISIANA CVS PHARMACY, L.L.C.
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
C T CORPORATION
3867 TOWER AVENUE
BATON ROUGE, LA 70816

*I made service on the named party through the CT Corporation*
**AUG 0 5 2021**
*by tendering a copy of this document to Ashley Minvielle*

**E. CUMMINS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 27, 2021.**

*Magan Harris*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: HOUSE, PHILIP J.**
(225) 214-4484

*The following documents are attached:
**PETITION FOR DAMAGES; REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

**RETURN COPY**



D7107337

# CITATION

KAWANDA COLEMAN
(Plaintiff)

VS

LOUISIANA CVS PHARMACY, L.L.C #1116,
ET AL
(Defendant)

NUMBER C-709995   SEC. 21

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   CVS PHARMACY, L.L.C. (NON-LOUISIANA CORPORATION)
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
C T CORPORATION
3867 TOWER DRIVE
BATON ROUGE, LA 70816

I made service on the named party through the
CT Corporation
AUG 0 5 2021
by tendering a copy of this document to
Ashley Minvielle

E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

GREETINGS:

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 27, 2021.**

*Magan Harris*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: HOUSE, PHILIP J.
                     (225) 214-4484

*The following documents are attached:
**PETITION FOR DAMAGES; REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE $_____          _____
TOTAL:   $_____          Deputy Sheriff
                              Parish of East Baton Rouge

CITATION-2000

RETURN COPY



D7107303

# CITATION

KAWANDA COLEMAN
(Plaintiff)

NUMBER C-709995   SEC. 21

19th JUDICIAL DISTRICT COURT

VS

PARISH OF EAST BATON ROUGE

LOUISIANA CVS PHARMACY, L.L.C #1116,
ET AL
(Defendant)

STATE OF LOUISIANA

TO:   LOUISIANA CVS PHARMACY, L.L.C #1116
      7777 BLUEBONNET
      BATON ROUGE, LA 70810

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 27, 2021.**



Magan Harris

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney:** HOUSE, PHILIP J.
(225) 214-4484

*The following documents are attached:
PETITION FOR DAMAGES; REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT

**SERVICE INFORMATION:**

Received on the __2__ day of __Aug__, 20__21__ and on the __3__ day of __Aug__, 20__21__, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at __7777 Bluebn___.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this __3__ day of __Aug__, 20__21__.

SERVICE:$ _____
MILEAGE$ _____
TOTAL:  $ _____

JAIL
Deputy Sheriff
Parish of East Baton Rouge

PERSONAL

CITATION-2000

DY. J. ALFRED
CELL # 907-0871

8-3-21, p/s 11:30
sw/ Kaitlyn Pievs (D/a)

RECEIVED

JUL 2 9 2021

E B R SHERIFF'S OFFICE

EAST BATON ROUGE PARISH
Filed Aug 19, 2021 8:38 AM
Deputy Clerk of Court
E-File Received Aug 18, 2021 2:45 PM

C-709995
21

| | |
|---|---|
| KAWANDA COLEMAN | DOCKET NO.: C-709995 |
| VS. | DIV: 21 |
| LOUISIANA CVS PHARMACY, LLC #1116, LOUISIANA CVS PHARMACY, LLC, CVS PHARMACY, LLC, CRAWFISH, LLC and XYZ INSURANCE COMPANY | 19TH JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Louisiana CVS Pharmacy, LLC ("Louisiana CVS"), who appears solely for the purpose of requesting an extension of time and does not waive any defenses or objections. Plaintiff filed a Petition for Damages on July 26, 2021, and Louisiana CVS was served with the Petition on or about August 5, 2021. Undersigned counsel needs additional time to investigate the allegations in the Petition in order to file appropriate responsive pleadings. Therefore, Louisiana CVS requests a thirty (30) day extension of time or until **Monday, September 20, 2021**, order to prepare the necessary responses to the Plaintiff's Petition for Damages. The initial deadline to file responsive pleadings has not passed and this is the first request for an extension of time by Louisiana CVS. Furthermore, and an extension will not unduly delay the proceedings.

Undersigned counsel has attempted to contact Plaintiff's counsel, Philip House, by telephone (225-214-4484) to discuss and confirm the requested extension, but has not been able to reach him. Thus, the instant motion is necessary.

Respectfully submitted:

Represented by:
Vance A. Gibbs, Esq. (#1375)
Vance.gibbs@keanmiller.com
Katie D. Bell (#29831)
Katie.Bell@keanmiller.com
Forrest E. Guedry (#36482)
Forrest.Guedry@keanmiller.com
KEAN MILLER, LLP
400 Convention Street, Suite 700 (70802)
Post Office Box 3513
Baton Rouge, Louisiana 70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
*Counsel for Louisiana CVS Pharmacy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via fax, e-mail and United States Mail, proper postage prepaid, to the following:

Philip J. House
318 St. Charles Street
Baton Rouge, Louisiana 70802
T: 225-214-4484
F: 225-214-4487

Baton Rouge, Louisiana, this 10th day of August, 2021.

_____
Forrest E. Guedry

| | |
|---|---|
| KAWANDA COLEMAN | DOCKET NO.: C-709995 |
| VS. | DIV: 21 |
| LOUISIANA CVS PHARMACY, LLC #1116, LOUISIANA CVS PHARMACY, LLC, CVS PHARMACY, LLC, CRAWFISH, LLC and XYZ INSURANCE COMPANY | 19TH JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

### ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings filed on behalf of Defendant, Louisiana CVS Pharmacy, LLC,

IT IS ORDERED that Defendant, Louisiana CVS Pharmacy, LLC is hereby granted an additional thirty (30) days from the deadline by which the responsive pleadings were to be filed, or until **Monday, September 20, 2021,** within which to file responsive pleadings in the above-captioned matter.

Signed this ____ day of August, 2021, Baton Rouge, Louisiana.

_____
HON. RONALD JOHNSON
19th Judicial District Court, Division 21
Parish of East Baton Rouge

EAST BATON ROUGE PARISH
Filed Aug 19, 2021 8:38 AM
Deputy Clerk of Court
E-File Received Aug 18, 2021 2:45 PM

C-709995
21

| | |
|---|---|
| KAWANDA COLEMAN | DOCKET NO.: C-709995 |
| VS. | DIV: 21 |
| LOUISIANA CVS PHARMACY, LLC #1116, LOUISIANA CVS PHARMACY, LLC, CVS PHARMACY, LLC, CRAWFISH, LLC and XYZ INSURANCE COMPANY | 19TH JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Louisiana CVS Pharmacy, LLC ("Louisiana CVS"), who appears solely for the purpose of requesting an extension of time and does not waive any defenses or objections. Plaintiff filed a Petition for Damages on July 26, 2021, and Louisiana CVS was served with the Petition on or about August 5, 2021. Undersigned counsel needs additional time to investigate the allegations in the Petition in order to file appropriate responsive pleadings. Therefore, Louisiana CVS requests a thirty (30) day extension of time or until **Monday, September 20, 2021,** order to prepare the necessary responses to the Plaintiff's Petition for Damages. The initial deadline to file responsive pleadings has not passed and this is the first request for an extension of time by Louisiana CVS. Furthermore, and an extension will not unduly delay the proceedings.

Undersigned counsel has attempted to contact Plaintiff's counsel, Philip House, by telephone (225-214-4484) to discuss and confirm the requested extension, but has not been able to reach him. Thus, the instant motion is necessary.

Respectfully submitted:

_____
Represented by:
Vance A. Gibbs, Esq. (#1375)
Vance.gibbs@keanmiller.com
Katie D. Bell (#29831)
Katie.Bell@keanmiller.com
Forrest E. Guedry (#36482)
Forrest.Guedry@keanmiller.com
KEAN MILLER, LLP
400 Convention Street, Suite 700 (70802)
Post Office Box 3513
Baton Rouge, Louisiana 70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
***Counsel for Louisiana CVS Pharmacy, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via fax, e-mail and United States Mail, proper postage prepaid, to the following:

Philip J. House
318 St. Charles Street
Baton Rouge, Louisiana 70802
T: 225-214-4484
F: 225-214-4487

Baton Rouge, Louisiana, this 18th day of August, 2021.

_____
Forrest E. Guedry

| | |
|---|---|
| KAWANDA COLEMAN | DOCKET NO.: C-709995 |
| VS. | DIV: 21 |
| LOUISIANA CVS PHARMACY, LLC #1116, LOUISIANA CVS PHARMACY, LLC, CVS PHARMACY, LLC, CRAWFISH, LLC and XYZ INSURANCE COMPANY | 19TH JUDICIAL DISTRICT COURT<br><br>PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA |

## ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings filed on behalf of Defendant, Louisiana CVS Pharmacy, LLC,

IT IS ORDERED that Defendant, Louisiana CVS Pharmacy, LLC is hereby granted an additional thirty (30) days from the deadline by which the responsive pleadings were to be filed, or until **Monday, September 20, 2021,** within which to file responsive pleadings in the above-captioned matter.

Signed this 19 day of August, 2021, Baton Rouge, Louisiana.

HON. RONALD JOHNSON
19th Judicial District Court, Division 21
Parish of East Baton Rouge

3